UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIO ENTERPRISES, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0118 KJM GGH PS<br><br><br>ORDER |

　　　　Plaintiff has filed an "objection to defendant New Breed Logistics motion to dismiss hearing date of 27 days from service of motion move the court to grant additional 30 days to answer and file my opposition to motion to dismiss and hearing date," [sic], which the court construes as a motion for extension of time to file an opposition to defendants New Breed Logistics and Sasse's motion to dismiss, as well as for a continuation of the April 17, 2014 hearing date.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's March 24, 2014 motion for an extension of time is granted;

　　　　2. Plaintiff is granted 30 days from the date of this order in which to file his opposition to the motion to dismiss (ECF No 22).  Defendants' reply, if any, shall be filed within seven days thereafter.

　　　　3. The hearings on motions to dismiss filed both by defendants New Breed Logistics and Sasse, and by defendants San Joaquin County Worknet and Sansone (ECF Nos. 22 and 13) are

1

1 vacated from the calendar for April 17, 2014, and taken under submission.  A hearing will be re-
2 set only if necessary.
3 Dated: April 7, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Whitsitt0118.36