UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEDY HOLMES STAFFING SERVICES, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-00117-MCE-AC PS<br><br><br>**NON-RELATED CASE ORDER** |
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIO ENTERPRISES, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-00118-KJM-GGH PS |

The court has received the Notice of Related Cases concerning the above-captioned cases filed August 1, 2014.  See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

1   This order is issued for informational purposes only, and shall have no effect on
2   the status of the cases, including any previous Related (or Non-Related) Case Order of
3   this Court.
4   IT IS SO ORDERED.
5   Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT