1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    WILLIAM J. WHITSITT,                              No.  2:13-cv-0118 KJM GGH PS

11                        Plaintiff,

12              v.                                       ORDER

13    PATRICIO ENTERPRISES, et al.,

14                        Defendants.

15

16            Plaintiff has filed a request for "relief from default" which this court construes as a motion

17    for extension of time to file objections to this court's findings and recommendations, filed July

18    31, 2014.  Good cause appearing, IT IS HEREBY ORDERED that:

19            1.  Plaintiff's September 10, 2014 motion for an extension of time (ECF No. 48), is

20    granted;

21            2.  Plaintiff is granted **thirty** days from the date of this order in which to file objections.

22    Defendants' reply, if any, shall be filed within **seven** days thereafter.

23    Dated: September 12, 2014

24                                      /s/ Gregory G. Hollows

25                              UNITED STATES MAGISTRATE JUDGE

26

27    GGH:076/Whitsitt0118.36-2

28